JAMES FARLEY, Appellant, *v.* ABRAHAM PICARD, Respondent.

Reported below, 78 Hun, 560.
(Argued January 18, 1897; decided January 26, 1897.)

MOTION by appellant to discontinue an appeal from an order of the General Term of the Supreme Court in the fifth judicial department, made in June, 1894, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

The motion was made upon the ground that the order was not appealable under *Hoes* v. *Edison General Electric Co.* (150 N. Y. 87.)

*John Van Voorhis & Sons* for motion.

Motion granted on payment of costs of appeal, not including the fee for argument.

---

PAUL G. DECKER, Respondent, *v.* JOHN E. O'BRIEN, Appellant.

Reported below, 1 App. Div. 81.
(Argued January 18, 1897; decided January 26, 1897.)

MOTION for leave to file a return and to place on the calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, rendered in January, 1896, which affirmed a judgment of the Court of Common Pleas for the city and county of New York in favor of plaintiff, entered upon the report of a referee, and also to vacate a *pro forma* order dismissing the appeal for failure to file the return.

*Matthew Daly* for motion.

*Jeroloman & Arrowsmith* opposed.

Motion granted on the payment by the appellant of one hundred dollars costs to respondent, and if the same shall not be paid within twenty days after service of the order, then the motion is denied, with ten dollars costs.